UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION
www.moed.uscourts.gov

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 4:07CR245 JCH |
| | ) |
| RICHARD SCOTT, | ) |
| | ) |
| Defendant. | ) |

## WAIVER OF PRELIMINARY HEARING
**(Rule 32.1 Fed. R. Crim. P.)**

I _Richard Scott_, charged in a petition pending in this District with a violation of the conditions of my (supervised release)(probation) and having appeared before this court and been advised of my rights as required by Rule 32.1, Fed. R. Crim P., including my right to have a preliminary hearing do hereby waive (give up) my right to a preliminary hearing.

_____
Attorney for Defendant

_____
Defendant

Dated this _19_ day of _September_, 2011

Dated this _17_ day of _Sept._, 2011

**IT IS HEREBY ORDERED** that the final revocation hearing in the District Court before Judge Hamilton on **September 23, 2011 at 9:00 am**. The motion for detention is taken under advisement.

Dated this 19th day of September, 2011.

_____
NANNETTE A. BAKER
UNITED STATES MAGISTRATE JUDGE